**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 258 MAL 2024
:
Respondent :
:
: Petition for Allowance of Appeal
: from the **Published Opinion and**
v. : **Order** of the Superior Court at No.
: 99 MDA 2023, at 306 A.3d 936 (Pa.
: Super. 2023) entered on December
MINDYN LYNN MARMILLION, : 13, 2023, **affirming** the Judgment of
: Sentence of the Bradford County
Petitioner : Court of Common Pleas at No. CP-
: 08-CR-0000367-2021 entered on
: June 13, 2022

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of October, 2024, the petition for allowance of appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Chambers*, 310 A.3d 76 (Pa. 2024).